the Court of Appeals affirming the dismissal of the petition for a writ of habeas corpus.

No. 78–5696. JACOBS v. ALABAMA. Sup. Ct. Ala.; and

No. 78–5759. WOODARD v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. Reported below: No. 78–5696, 361 So. 2d 640; No. 78–5759, 261 Ark. 895, 553 S. W. 2d 259.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 76–1660. HUTTO ET AL. *v.* FINNEY ET AL., 437 U. S. 678;

No. 77–5781. RAKAS ET AL. *v.* ILLINOIS, *ante,* p. 128;

No. 78–173. KING *v.* NORRIS, *ante,* p. 995;

No. 78–513. TRACY, JUDGE *v.* DIXON ET AL., *ante,* p. 983;

No. 78–5317. MOSLEY *v.* UNITED STATES DEPARTMENT OF LABOR ET AL., *ante,* p. 986;

No. 78–5388. FORD *v.* MUIR, U. S. DISTRICT JUDGE, ET AL., *ante,* p. 978;

No. 78–5490. ALDERMAN *v.* GEORGIA, *ante,* p. 991; and

No. 78–5582. ROGERS *v.* DOUGLAS ET UX., *ante,* p. 1058. Petitions for rehearing denied.

JANUARY 19, 1979

No. 78–224. CITY OF CLEVELAND *v.* ALBAUGH. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 60.